■ In the Matter of Bryan J., Appellant. Monroe County Attorney, Respondent. [813 NYS2d 689]—Appeal from an order of the Family Court, Monroe County (John J. Rivoli, J.), entered April 5, 2005 in a proceeding pursuant to Family Court Act article 3. The order, inter alia, adjudged that respondent is a juvenile delinquent.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Kehoe, J.P., Gorski, Martoche, Green and Hayes, JJ.